# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALLSTATE INSURANCE COMPANY,**
an Illinois corporation; **ALLSTATE FIRE
AND CASUALTY INSURANCE COMPANY.**
an Illinois corporation; **ALLSTATE INDEMNITY
COMPANY,** an Illinois corporation; and
**ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,** an Illinois
Corporation,

     Plaintiffs,

  vs.                                               **CASE NO: 6:18-cv-2184-Orl-41LRH**

**AUTO GLASS AMERICA, LLC,**
a Florida limited liability company, and
**CHARLES ISALY,** a citizen of Arizona,

     **Defendants.**
_____/

## NOTICE TO THE COURT

Defendants Auto Glass America, LLC and Charles Isaly notify the Court that their dispositive Motion to Dismiss and Supporting Memorandum of Law (Doc. 22)[1] has not been decided within 180 days of Plaintiffs' responsive filing (Doc. 29).[2]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide notice to

---

[1] Defendants filed their dispositive Motion to Dismiss and Supporting Memorandum of Law on February 4, 2019. Regrettably, Defendants violated Local Rule 3.01(h) by failing to designate in the caption of the motion that it was dispositive. Defendants' failure was unintentional and not an indication of disrespect for this Court or the local rules.

[2] Plaintiffs filed their Response to Defendants' Motion to Dismiss on February 26, 2019.

counsel for the Plaintiffs, Lori J. Caldwell, Esquire, Sally R. Culley, Esquire and Douglas B. Brown, Esquire, Rumberger, Kirk & Caldwell, P.A., Lincoln Plaza, Suite 1400, 300 South Orange Drive, Post Office Box 1873, Orlando, Florida 32802-1873.

Respectfully submitted,

s/Mac S. Phillips
Fla. Bar No. 195413
PHILLIPS TADROS, P.A.
Trial Counsel for Defendants
212 SE 8th Street, Suite 103
Fort Lauderdale, Florida 33316
T.   954.642.8885
F.   954.252.4621
E.   service@phillipstadros.com
     mphillips@phillipstadros.com

Respectfully submitted,

s/Chad A. Barr
Fla. Bar No.: 55365
LAW OFFICE OF CHAD A. BARR, P.A.
Trial Counsel for Defendants
986 Douglas Avenue, Suite 100
Altamonte Springs, Florida 32714
T.   407.599.9036
F.   407.960.6247
E.   service@chadbarrlaw.com
     chad@chadbarrlaw.com
     paralegal@chadbarrlaw.com

s/Emilio R. Stillo
Fla. Bar. No. 158593
STILLO & RICHARDSON, P.A.
Trial Counsel for Defendants
7320 Griffin Road, Suite 203
Davie, Florida
T.   954.584.2563
E.   eservices@emiliostillopa.com
     stillorichardsonpa@yahoo.com
     emiliostillo@yahoo.com